UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXMAEL S. MORALES, | No. CV 12-7547 FFM |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: March 28, 2014         /S/ FREDERICK F. MUMM
                              FREDERICK F. MUMM
                              United States Magistrate Judge